IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA,       :

                                     :

      v.                              :                  CASE NO:

                                     :      1:25-cr-15–WLS-ALS-2

                                     :

DEVON RAMBO,                   :

                                     :

       Defendants.             :

## ORDER

Before the Court is Defendant Rambo's Motion for Competency Evaluation and to Determine Competency to Stand Trial ("Motion for Evaluation") (Doc. 73), filed on April 15, 2026. Therein, Defense Counsel for Defendant Devon Rambo ("Rambo") states that, based on the following reasons, he has concerns as to Defendant Rambo's competency to stand trial:

1. Defendant has provided materially inconsistent and contradictory instructions to counsel regarding case decisions.

2. Defendant has demonstrated difficulty maintaining a consistent and rational litigation position.

3. Information provided to counsel raises questions regarding Defendant's recent mental health history.

(*Id.* at 2). Defense Counsel contends that the above "issues, taken together, raise concerns regarding [Rambo's] present ability to consult with counsel with a reasonable degree of rational understanding and to assist properly in his defense." (*Id.*). Pursuant to 18 U.S.C. § 4241(a),[1] Defendant Rambo, through Defense Counsel, requests an order be entered directing that

---

[1] Section 4241(a) and (b) provide that, at any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, the defendant or the Government may file a motion for a hearing to determine the mental competency of the defendant. Moreover, the Court shall grant the motion if "reasonable cause" exists to believe that the defendant "may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a). Furthermore, § 4241(b) provides that the Court may order a psychiatric or psychological examination of the defendant before the date of the hearing and order the psychiatric or psychological report be filed with the Court pursuant to § 4247(b) and (c).

1

Defendant Rambo undergo a mental competency evaluation and for a hearing to determine his competency to stand trial.

On July 8, 2025, Defendant Rambo and his co-defendant Kandice Clyde ("Clyde") were charged in a two-count Indictment (Doc. 1). Count One of the Indictment charges that Defendant Clyde committed three instances of Perjury in testimony given on May 28, 2025, in connection with the matter of *United States v. Devon Rambo*, No. 1:25-CR-2-LAG (M.D. Ga.) ("First Rambo Criminal Case") in violation of 18 U.S.C. § 1621. Count Two of the Indictment charges that from March 3, 2025, through May 28, 2025, Defendant Rambo suborned Defendant Clyde to commit perjury in the First Rambo Criminal Case.

Based on the foregoing, pursuant to § 4241, the Court finds reason to believe that Defendant Rambo may be suffering from some mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly with his defense.

Accordingly, Defendant Rambo's Motion for Competency Evaluation and to Determine Competency to Stand Trial (Doc. 73) is **GRANTED**. It is hereby **ORDERED** that a psychiatric or psychological examination of Defendant Devon Rambo be conducted, pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), by a licensed or certified psychiatrist or psychologist to be designated by the Bureau of Prisons. Thus, pursuant to 18 U.S.C. § 4247(b), the Court **COMMITS** Defendant Rambo to the custody of the Attorney General for a reasonable period, not to exceed thirty days, for placement in a suitable facility.

Additionally, the psychiatric or psychological report complying with 18 U.SC. § 4247(c) must be filed with the Court and copies of the report must be provided to Defendant Rambo's Counsel and the Government. The report must include (1) Defendant Rambo's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinions as to diagnosis, prognosis, and whether Defendant Rambo is suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Subsequent to the filing of the Report, the Court will schedule a hearing in accordance with § 4247(d). The Clerk, or his deputy, is **DIRECTED** to serve a certified copy of this Order on the United States Marshal for the Middle District of Georgia.

**SO ORDERED**, this 16th day of April 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

3