**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | **CASE NO:** |
| | : | **1:25-cr-15–WLS-ALS-2** |
| DEVON RAMBO, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

On April 16, 2026, the Court ordered a mental health evaluation of Defendant Devon Rambo ("Rambo"). On July 2, 2026, the Court received the Forensic Evaluation (Doc. 78) from the mental health evaluator, Dr. E. Gonzalez, Ph.D, opining that "[b]ased on the information available, there was no objective information or evidence to suggest Mr. Rambo is suffering from a mental disease or defect which renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."

Accordingly, it is hereby **ORDERED** that the Parties shall confer and on or before **Tuesday, July 14, 2026,** shall jointly advise the Court whether, in light of the Forensic Report, either Party requests that the Court schedule a competency hearing. If a competency hearing is not requested, the Parties shall advise the Court as to the status of this case and whether they are ready to proceed to trial during the Court's October 2026 Albany Trial Term.

**SO ORDERED**, this 7th day of July 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1