**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **1:25-cr-15–WLS-ALS** |
| **KANDICE CLYDE and** | : | |
| **DEVON RAMBO,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

A status conference was held in the above-styled action on September 2, 2026. The Court enters this Order to memorialize the discussions held and instructions given at the status conference.

The trial of this matter has been continued to the January 2027 Albany Trial Term. Philip Cannon, counsel for Devon Rambo ("Rambo") indicated he had conferred with Rambo prior to the conference. Mr. Cannon notes that he and Rambo are now working together in this matter. Rambo confirmed that he is agreeable to working with Mr. Cannon. Other than two issues Mr. Cannon is investigating, the only remaining pretrial issue for Rambo is to reset the competency hearing. Mr. Cannon will notify the Court when he has completed investigations so the competency hearing can be reset. Mr. Cannon expects to be ready to go to trial in January 2027.

Mr. Cannon is all representing Rambo in Rambo's appeal of *United States of America v. Devon Rambo,* No. 1:25-CR-2–LAG, in the United States District Court for the Middle District of Georgia ("Firearm Case"). The allegations in the Indictment in this case arise from alleged actions of Rambo and Co-Defendant Kandice Clyde ("Clyde") that occurred in the Firearm Case. Mr. Cannon did not represent Rambo in the trial of the Firearm Case. The Court and counsel for the parties discussed whether there was a potential conflict with Mr. Cannon representing Rambo in this case and in the appeal of the Firearm Case. Mr. Cannon posits that his representation of Rambo in the appeal of the Firearm Case does not present a conflict. Rather, his representation in the appeal and in this case benefits Rambo because it is necessary

for Mr. Cannon to know the facts, procedures, and events that occurred in the Firearm Case to effectively represent Rambo in the current case. The Court determined that no conflict exists with Mr. Cannon representing Rambo in the appeal of the Firearm Case and this case. Leah McEwen, counsel for the Government also noted no basis for conflict.

Ms. McEwen advised that the Government will be ready to proceed to trial in January 2027. In the event Rambo is not ready for trial at that time, the Government will consider severing the cases of Rambo and Clyde so Clyde's trial can proceed in January 2027. In addition, the hearing on the Government's Motion in Limine to Preclude Defendants from Asserting an Advice of Counsel Defense (Doc. 36) needs to be resolved prior to trial, but only after Rambo's competency hearing has concluded.[1]

**SO ORDERED**, this 3rd day of September 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

[1] Based on the ordered forensic evaluation provided to the Court and Counsel, and because the conference did not involve any evidentiary hearings or findings, the Court determined that holding the above conference was appropriate and beneficial notwithstanding the pending competency hearing. No action adverse to Rambo or his interests were taken or imposed.