IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **1:25-cr-15–WLS-ALS** |
| **KANDICE CLYDE and DEVON RAMBO,** | : | |
| | : | |
| **Defendants.** | : | |

# ORDER

Before the Court is Defendant Devon Rambo's Motion to Reset Hearing on Government's Motion in Limine (Doc. 36) and to Establish Rule 17(c) Prehearing Production Procedure (Doc. 90) ("Motion to Reset Hearing"). Therein, Defendant Devon Rambo ("Rambo") requests that the Court (1) reschedule the hearing on the Government's Motion in Limine to Preclude Defendants from Asserting an Advice of Counsel Defense (Doc. 36) ("Motion in Limine"), and (2) approve the issuance of a Rule 17(c) subpoena to produce documents to former defense counsel and/or members of the defense team who represented Rambo in *United States of America v. Devon Marquell Rambo,* No. 1:25-CR-2–LAG, in the United States District Court for the Middle District of Georgia ("Firearm Case"). Rambo's counsel, John Philip Cannon, represents that the Government's counsel does not object to Rambo's request to reset the hearing on the Motion in Limine. Mr. Cannon did not indicate whether the Government's counsel has taken a position as to the issuance of a subpoena or the documents to be produced.

## I. Issuance of Subpoena and Request for In Camera Review

Rambo requests that the Court approve the issuance of a narrowly focused subpoena,

> directed to former defense counsel and seeking specifically identified categories of records concerning the firearm-ownership/nonownership defense, safe ownership and access, the wallet and identifying documents found in the safe, communications concerning the ownership of the firearms, and communications concerning a proposed statement or anticipated testimony by Kandice Clyde.

(Doc. 90 ¶ 10). Rambo attached a proposed subpoena addressed to the "Former Federal Defender Attorney" seeking information from such attorney(s) from the date of appointment to represent Rambo in the Firearm Case through May 28, 2025. (Doc. 90-1 at 2). According to the docket in the Firearm Case, Byron Conway and Chauntilia Adaway of the Federal Defenders Office represented Rambo during the relevant time period.[1] Attachment A includes the list of documents and electronically stored information to be produced. (*Id.* at 2–5). The list of documents, while specific, is extensive. Rambo requests the Court require the production of such documents directly to the Court for in-camera review prior to the hearing on the Motion in Limine. Further, he requests the Court establish a procedure for the subpoena recipient to identify claims of attorney-client privilege, work-product protection, Rule 17(h), or other protection. Finally, at the Motion in Limine hearing, Rambo requests the Court permit the Parties to address the admissibility and permissible use of evidence produced via the subpoena during the trial of this matter. While not entirely clear, it appears that Rambo intends to use the documents produced at the hearing on the Motion in Limine and during the trial of this matter.

Upon review of the description of documents to be produced, the Court finds that (1) Rambo needs to confirm the identity of the specific attorneys from whom he seeks production of documents; (2) the production of such documents includes documents that may affect his Co-Defendant in this case, Kandice Clyde ("Clyde"); and (3) the production of such documents may result in the waiver of certain privileges and/or protections afforded to Rambo, and possibly to Clyde. From the certificate of service attached to the Motion to Reset Hearing, it is unclear whether counsel for Clyde, Ashley Lucas, received notice of such Motion.

Accordingly, the Court finds that a hearing on approval of the issuance of the subpoena is necessary prior to any approval.

[1] The docket of the Firearm Case reflects that the Federal Defenders were appointed to represent Rambo on March 3, 2025. Byron Conway of the Federal Defenders Office entered his appearance to represent Rambo on March 5, 2025, and withdrew from representation on July 18, 2025. Chauntilia Adaway of the Federal Defenders Office entered her appearance to represent Rambo on April 30, 2025, and withdrew from representation on July 18, 2025. Nicole Williams was appointed to represent Rambo on July 21, 2025. (*See* Firearm Case Docs. 11, 19, 33, 85, 86).

## II. Motion in Limine and Competency Hearing

The Court previously cancelled a June 25, 2026 hearing on the Motion in Limine because Rambo was undergoing a court-ordered competency evaluation and his availability for the June 25, 2026 hearing was unlikely. (*See* Order (Doc. 76)). The Court has received the competency evaluation, and Rambo is back in this District. (Docs. 78, 77, respectively). The competency hearing has not been rescheduled due to the Court awaiting Mr. Cannon's notification that he had completed necessary investigations prior to the competency hearing. (*See* Doc. 89 at 1–2). No such notice has been received. Thus, Rambo's competency hearing has not been rescheduled, and his competency proceedings are not yet completed. The Court finds that such competency hearing shall be scheduled to be held immediately prior to a hearing on the issuance of the subpoena as requested in the Motion to Reset Hearing, and a decision on the Motion to Reset Hearing will be held in abeyance.

## III. Conclusion

Accordingly, the Court hereby **ORDERS** that:

1. Rambo's competency hearing shall be held on **Wednesday, November 18, 2026 at 2:00 p.m.**, at the C.B. King United States Courthouse, 201 W. Broad Avenue, Albany, Georgia 31701.

2. Further, a hearing on Rambo's request to issue a subpoena as requested in the Motion to Reset Hearing (Doc. 90) shall be held on **Wednesday, November 18, 2026 at 2:00 p.m.**, to occur immediately after the Defendant's competency hearing. Pending the outcome of the competency hearing, the hearing on the issuance of the subpoena may be recessed, if necessary.

3. A final decision on the Motion to Reset Hearing (Doc. 90) will be held in abeyance pending the hearings on competency and any issuance of the proposed subpoena.

4. The Clerk is **DIRECTED** to provide notice of the hearings to all prior counsel in Case No. 1:25-CR-2–LAG for all parties hereto, including Byron Conway and Chauntilia Adaway, with the Federal Defenders Office, as counsel for Rambo in the Firearm Case. Past and present counsel for Co-Defendant Clyde shall likewise be noticed.

5. Mr. Cannon shall immediately provide Ashley Lucas, Byron Conway, Chauntilia Adaway, and Nicole Williams with a copy of the proposed list of documents to be produced.

6. In the event Rambo intends to subpoena documents from other counsel representing him in the Firearm Case, he shall immediately notify the Court of such intent and shall immediately serve a copy of this Order and a copy of the proposed list of documents to be produced on such counsel.

**SO ORDERED**, this 20th day of October 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**