**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **1:25-cr-15–WLS-ALS** |
| **KANDICE CLYDE and** | : | |
| **DEVON RAMBO,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

Before the Court is Defendant Devon Rambo's Motion to Cancel Hearing Concerning Federal Public Defender File (Doc. 95) ("Motion"). Therein, Defendant Devon Rambo ("Rambo") requests that the Court cancel the portion of a hearing scheduled for November 18, 2026, relating to the issuance of a Rule 17(c) subpoena to produce documents of former defense counsel and/or members of the defense team who represented Rambo in *United States of America v. Devon Marquell Rambo,* No. 1:25-CR-2–LAG, in the United States District Court for the Middle District of Georgia. Rambo's counsel, John Philip Cannon, notified the Court that he has received the requested file, and the hearing is no longer necessary. A competency hearing with respect to Rambo is also scheduled to take place on November 18, 2026.

Upon consideration of the Motion, the Court finds that the hearing on the issuance of a Rule 17(c) subpoena is no longer necessary. The Court therefore also find the matter moot and denies the same as such. Accordingly, the Defendant Devon Rambo's Motion to Cancel Hearing Concerning Federal Public Defender File (Doc. 95) is **GRANTED** to the extent that the portion of the November 18, 2026 hearing concerning production of Rambo's Federal Public Defender file is **CANCELLED**.

The competency portion of the November 18, 2026, hearing remains scheduled and shall proceed as previously ordered.

**SO ORDERED**, this 17th day of November 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**